United States District Court

Eastern District of California

Vance Edward Johnson,

    Plaintiff,

vs.

D. L. Runnels, et al.,

    Defendants.

No. Civ. S 04-0776 LKK PAN P

Order

-oOo-

April 19, 2004, plaintiff and others proceeding without counsel, including Willard Birts, Jr., requested leave to proceed in forma pauperis in a class action. April 13, 2005, the court granted plaintiff leave to proceed in forma pauperis and dismissed the complaint with leave to amend upon the ground prisoners proceeding without counsel cannot commence a class action.

April 27, 2005, Willard Birts, Jr., filed a complaint in this action.

1   The Clerk of the Court is directed to open a new case file
2   with the April 27, 2005, complaint filed by Willard Birts, Jr.
3   So ordered.
4   Dated:   June 2, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge