United States District Court

Eastern District of California

Vance Edward Johnson,

      Plaintiff,

vs.

D. L. Runnels, et al.,

      Defendants.

No. Civ. S 04-0776 LKK PAN P

Findings and Recommendations

-oOo-

    June 3, 2005, the court dismissed plaintiff's complaint with 60 days leave to amend.

    The 60 days have passed and plaintiff has not filed an amended complaint or otherwise responded to the order.

    Accordingly, the court hereby recommends this action be dismissed without prejudice.  Local Rule 11-110; Fed. R. Civ. P. 41(b).

    Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these findings and recommendations are submitted to the United States

District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  September 6, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge