United States District Court

Eastern District of California

Vance Edward Johnson,

       Plaintiff,

vs.

D. L. Runnels, et al.,

       Defendants.

No. Civ. S 04-0776 LKK PAN P

Order

-oOo-

June 3, 2005, I dismissed plaintiff's first-amended complaint with leave to amend within 60 days because it violated Rules 8(a) and 10(a), (b) of the Federal Rules of Civil Procedure.  Plaintiff did not file a second-amended complaint or otherwise respond to the order and so September 6, 2005, I recommended this action be dismissed.  September 27, 2005, plaintiff objected upon the ground he did not receive the June 6, 2005, order.  September 30, 2005, plaintiff filed a second-amended complaint.

1 | Good cause appearing, I hereby vacate the September 6, 2005,
2 | findings and recommendations.
3 | So ordered.
4 | Dated: November 29, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge