IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLARD BIRTS, JR.,

    Plaintiff,               No. CIV S-05-1101 LKK GGH P

    vs.

D.L. RUNNELS, et. al.,

    Defendants.

VANCE EDWARD JOHNSON,

    Plaintiff,               No. CIV S-04-0776 LKK PAN P

    vs.

D. L. RUNNELS, et al.,.            <u>RELATED CASE ORDER</u>

_____/

        Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a), E.D. Cal. (2005).  The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

        The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the

1  actions is effected.  Under the regular practice of this court, related cases are generally assigned
2  to the judge and magistrate judge to whom the first filed action was assigned.
3        Therefore, IT IS ORDERED that <u>Birts v. Runnels</u>, No. Civ. S 05-1101 LKK GGH
4  P is reassigned to Magistrate Judge Nowinski for all further proceedings, and any dates
5  currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on
6  documents filed in the reassigned case shall be shown as No. CIV S-05-1101 LKK PAN P
7        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
8  adjustment in the assignment of civil cases to compensate for this reassignment.
9  DATED:   January 11, 2006.

11        /s/Lawrence K. Karlton
      UNITED STATES DISTRICT JUDGE

\birt1101.860