IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                    No. CIV S-04-0776 LKK PAN P

    vs.

D. L. RUNNELS, et al.,

    Defendants.               ORDER

_____/

        On November 30, 2005, the court gave plaintiff time to file an amended complaint.  On January 9, 2006, plaintiff filed an amended complaint.  On March 9, 2006, plaintiff filed a request for an order directing the United States Marshal to serve process on defendants and a request to "lodge" in chambers a copy of his complaint.

        The court addresses the amended complaint in a separate order.  Plaintiff's other request has no basis in the Federal Rules of Civil Procedure.

        Accordingly, IT IS HEREBY ORDERED that the court will disregard plaintiff's March 9, 2006, request for an order directing the United States marshal to serve process on

/////

/////

/////

1  defendants and request to "lodge" in chambers a copy of his complaint. The Clerk of the Court is
2  directed to make a notation on the requests to that effect.
3  DATED: April 24, 2006.
4
5
6                                         UNITED STATES MAGISTRATE JUDGE
7
8
9  \004;john0776.disregard