IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                      No. CIV S-04-0776 LKK PAN P

  vs.

D. L. RUNNELS, et al.,

    Defendants.                ORDER

_____/

        On March 13, 2006, plaintiff filed a document styled "Acknowledgment of the Receipt of Documents," with six summons forms, six copies of the January 9, 2006, amended complaint and a document styled, "Motion to Lodge Matter in Judge's Chambers." On March 22, 2006, plaintiff filed a document styled, "Notice of Submission of Documents" with 35 summons forms, 36 copies of the January 9, 2006, amended complaint. On March 23, 2006, plaintiff filed a document styled, "Acknowledgment of the Receipt of Documents," with one copy of the second-amended complaint and two motions to lodge documents.

        These filings have no basis in the Federal Rules of Civil Procedure.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that the court will disregard the documents filed March 13, 2006, March 22, 2006, and March 23, 2006. The Clerk of the Court is directed to make a notation on the requests to that effect.

DATED: May 17, 2006.

_____<br>UNITED STATES MAGISTRATE JUDGE

\004;john0776.disregard(2)