IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

      Plaintiff,                    No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

      Defendants.         ORDER

_____/

    On May 18, 2006, the court directed plaintiff to file an amended complaint. On June 21, 2006, plaintiff filed an amended complaint.

    Fo purposes of the initial screening, the amended complaint states cognizable claims for relief against defendants J. M. Briddle, S. L. Chapman, R. Gower, St. Andre, B. Wilbur, Pribble, Von Rader, Kelsey, Weaver, C. Houghland, V. Hicks, Martinez, Bedford, Bates, Little, Doyle, Kelley, J. J. Brown and Arnold for alleged Eighth Amendment violations pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

    Accordingly, it hereby is ordered that:

    1. Service is appropriate for defendants J. M. Briddle, S. L. Chapman, R. Gower, St. Andre, B. Wilbur, Pribble, Von Rader, Kelsey, Weaver, C. Houghland, V. Hicks, Martinez, Bedford, Bates, Little, Doyle, Kelley, J. J. Brown and Arnold.

2. The Clerk of the Court shall send plaintiff 19 USM-285 forms, one summons, an instruction sheet and one of the June 21, 2006, pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and 20 copies of the endorsed June 21, 2006, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants J. M. Briddle, S. L. Chapman, R. Gower, St. Andre, B. Wilbur, Pribble, Von Rader, Kelsey, Weaver, C. Houghland, V. Hicks, Martinez, Bedford, Bates, Little, Doyle, Kelley, J. J. Brown, and Arnold pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: September 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\john0776.svc ord - amended complaint

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                                      No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.                           NOTICE OF SUBMISSION OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __19__    completed forms USM-285

      __20__    copies of the __June 21, 2006__
                                      Amended Complaint

Dated:

                                                      Plaintiff