IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                       No. CIV S-04-0776 LKK EFB P

    vs.

D.L. RUNNELS., et al.,

    Defendants.              <u>ORDER</u>

                            /

       Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action. *See* 42 U.S.C. § 1983.

       The United States Marshal has returned process directed to defendant R. Kelly unserved because "no R. Kelly in CDC data base, need more info." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq*., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the pleading, including any and all attachments, filed June 21, 2006.

2. Within 90 days from the date this order is served, plaintiff shall submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant R. Kelly and one copy of the pleading and attachments provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant R. Kelly within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to defendant R. Kelly.

Dated: February 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                    No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS,

    Defendants.           <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    _____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __1__      completed form USM-285

        __1__      copy of the __June 21, 2006__
                                        Complaint

Dated:

                                                    Plaintiff