IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                    No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.           ORDER

_____/

     Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983. On February 26, 2007, the court informed plaintiff that he must obtain additional information to effect service of process on defendant R. Kelly, and that he could seek the information through California's Public Records Act. On March 12, 2007, plaintiff filed a document styled, "Priority Request for Discovery," seeking information about the whereabouts of R. Kelly pursuant to the provisions of California's Public Records Act. While plaintiff may, or may not, be entitled to the requested information under a properly propounded discovery request pursuant to the Federal Rules of Civil Procedure, a proceeding to enforce California's Public Records Act is not properly brought in this court. Such a request should be directed to the state agency having custody of the information and any challenge to a decision on the request must be presented to the appropriate state court. This court lacks jurisdiction to order the disclosure of information under California's

1

1  laws.

2  Accordingly, it is ORDERED that plaintiff's March 12, 2007, "Priority Request" is

3  denied.

4  Dated: March 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE