1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VANCE EDWARD JOHNSON,

11           Plaintiff,                   No. CIV S-04-0776 LKK EFB P

12       vs.

13   D. L. RUNNELS, et al.,

14           Defendants.              ORDER

15   _____/

16       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  Defendants request an extension of time to file and serve a response to

18   the complaint.  *See* Fed. R. Civ. P. 6(b).

19       Defendants' March 22, 2007, request is granted and defendants have 20 days from the

20   date this order is served to file and serve a response to the complaint.

21       So ordered.

22   Dated:  March 29, 2007.

23                                        EDMUND F. BRENNAN

24                                        UNITED STATES MAGISTRATE JUDGE

25
26