IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

      Plaintiff,                      No. CIV S-04-0776 LKK EFB P

  vs.

D. L. RUNNELS, et al.,

      Defendants.          ORDER

                             /

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 12 and 16, 2007, plaintiff filed documents styled, "Priority Request for Discovery," and "Request for Discovery." In the former, he seeks disclosure of information pursuant to state law so that he can provide information necessary for service of process on R. Kelly. The previous attempt to serve Kelly was returned unexecuted. In the latter, he purports to seek discovery from defendants in order to prosecute this action.

      With respect to the March 12, 2007, request, the court is without authority to direct the production of information pursuant to California law.

      With respect to the March 16, 2007, request, interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required

1

1 in a proceeding, only that part of the request and response that is in issue shall be filed." Local
2 Rules 33-250(c), 34-250(c) & 36-250(c).  Defendants have not responded to the complaint.  At
3 this stage, there is no proceeding requiring consideration of plaintiff's discovery requests.
4     Accordingly, the court takes no action on plaintiff's March 12 and March 16, 2007,
5 requests.
6     So ordered.
7 Dated:  April 9, 2007.

                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE