IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                  No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.        <u>ORDER</u>

                             /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations under 42 U.S.C. § 1983. The matter is currently before the court on plaintiff's on June 14, 2007, motion styled, "Notice and Motion to Compel Disclosure/Discovery Info. In re. R. Kelly" seeking an order to compel discovery pursuant to Rules 26(a) and 37(a)(2)(A) of the Federal Rules of Civil Procedure. He requests an order directing D. L. Runnels or counsel for defendants to produce information which would enable him to locate R. Kelly for service of process. For the reasons explained, the motion is denied.

      On January 18, 2007, the court directed that process be served on defendant R. Kelly. On February16, 2007, process was returned unexecuted with the notation that there was "no R. Kelly in CDC database. Need more info." Docket # 73. On February 26, 2007, the court instructed plaintiff that he must provide more information about this defendant so that he could

1

be located and served, and that if he was unreasonably denied the information or delayed in obtaining it, he could request this court's assistance. Docket # 74. He submits evidence that he has written to D. L. Runnels and counsel for defendants asking that they provide information so that he may effect service of process on R. Kelly. Counsel opposes the request on three grounds: (1) since defendants have yet to answer the complaint, discovery is premature; (2) the automatic discovery provisions do not apply in this action; and in any event, (3) counsel has determined that R. Kelly no longer is employed by the California Department of Corrections and Rehabilitations (CDCR).

Rule 26(a) of the Federal Rules of Civil Procedure applies only to parties to an action. Fed. R. Civ. P. 26(a). Neither D. L. Runnels nor counsel for the defendants are parties to this action. Furthermore, the automatic disclosure provisions of Rule 26 do not apply in "an action brought without counsel by a person in custody of the United States, a state, or a state subdivision." Fed. R. Civ. P. 26(a)(E)(iv). Plaintiff is in the custody of the State of California and proceeds without counsel.

Finally, plaintiff has not submitted any evidence that defendants have unreasonably denied or delayed access to information about R. Kelly's whereabouts. Instead, counsel for defendants has contacted the CDCR and determined that R. Kelly no longer works for that agency.

Accordingly, it is ORDERED that plaintiff's June 14, 2007, motion is denied.

Dated: July 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE