IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                    No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 22, 2008, are adopted in full; and

2. Defendants' April 18, 2007, motion to dismiss is granted in part and the following claims are dismissed:

   a. That defendant Chapman violated plaintiff's Eighth Amendment rights by permitting his transport from one part of the prison to another in an unsafe transvan;

   b. That defendant Gower violated the Eighth Amendment by failing to intervene when plaintiff was interrogated while sitting straddled on a chair with his hands behind his back;

   c. That defendant Gower violated the Fourth Amendment by forcing plaintiff to sign a form consenting to a strip search;

   d. That defendant Arnold violated the Eighth Amendment by threatening to kill plaintiff and bury him in the desert;

3. Defendants' April 18, 2007, motion to dismiss is denied in part and the following claims are not dismissed:

   a. That Chapman was deliberately indifferent to plaintiff's safety by failing to intervene when other guards used excessive force against plaintiff;

   b. That Gower was deliberately indifferent to plaintiff's safety by failing to intervene when two other defendants punched plaintiff, grabbed him out of a detention cage, slammed him against a wall and applied pressure to him;

   c. That defendant St. Andre authorized and observed as another defendant sprayed excessive amounts of pepper spray into plaintiff's cell and as other guards entered and used excessive force against plaintiff;

   d. That defendant Arnold was deliberately indifferent to the conditions' of plaintiff's confinement when throughout his shift one night he repeatedly beat on the detention cage where plaintiff was held and was trying to sleep; and,

4. Defendants are granted 15 days from the date of service of this order to file and serve an answer to the complaint.

DATED:  March 25, 2008.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT