IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

      Plaintiff,                        No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

      Defendants.              ORDER

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending before the court is the January 10, 2008, request for clarification filed by defendants Chapman, Gower, St. Andre, and Arnold.

       This action proceeds on the June 21, 2006, third amended complaint, based upon which the court found that plaintiff stated cognizable claims against 16 defendants. On April 18, 2007, defendants Chapman, Gower, St. Andre, and Arnold filed a motion to dismiss for plaintiff's failure to state a claim upon which relief could be granted. *See* Fed. R. Civ. P. 12(b)(6). Also contained within the motion to dismiss was a request by the twelve defendants who did not move to dismiss to extend the time to file an answer to the third amended complaint. On December 5, 2007, all defendants moved to modify the schedule in this case. On January 3, 2008, the court granted that motion, vacated the dates set in the schedule and directed all defendants to answer

the complaint. The twelve defendants who did not move to dismiss filed an answer on January 11, 2008. On February 22, 2008, findings and recommendations were issued recommending that the motion to dismiss filed on behalf of Chapman, Gower, St. Andre, and Arnold be granted in part and denied in part. This included the recommendation that if the district judge adopted the findings and recommendations, then defendants Chapman, Gower, St. Andre, and Arnold be given 15 days from the date of service of the district judge's order to file and serve an answer to the third amended complaint. On March 25, 2008, the district judge adopted the February 22, 2008, findings and recommendations in full. The time for defendants Chapman, Gower, St. Andre and Arnold to file a responsive pleading is governed by the March 25, 2008, order resolving the motion to dismiss.

Accordingly, the January 10, 2008, request for clarification is GRANTED and it is ORDERED that:

1. The portion of the court's January 3, 2008, order directing defendants Chapman, Gower, St. Andre and Arnold to answer the complaint within ten days is vacated; all other portions of that order remain in effect; and

2. The time for defendants Chapman, Gower, St. Andre and Arnold to file a responsive pleading is governed by the March 25, 2008, order resolving the motion to dismiss.

Dated: April 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE