IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                    No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.          ORDER

                            /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants move to modify the April 18, 2008, scheduling order.[1] Plaintiff has not filed any opposition.

      A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the April 18, 2008, schedule, dispositive motions had to be filed no later than October 3, 2008. Defendants, represented by the Office of the Attorney General, assert that an

---

[1] While different schedules governed the time for discovery as between plaintiff and Martinez and plaintiff and the other defendants, the April 18, 2008, amended schedule governed the time for dispositive motions as between plaintiff and all defendants. *See* Order of January 3, 2008, granting defendants' motion to modify the schedules.

1

illness and death in their attorney's family caused the attorney to be unavailable for extended periods of time. Thus, they could not comply with the schedule. They did assert, however, that they could file a dispositive motion in early November 2008. On November 8, 2008, defendants filed a motion for summary judgment.

    Good cause appearing therefore, defendants' September 30, 2008, motion to modify the schedule is granted and defendants' motion for summary judgment is accepted as timely filed. Plaintiff shall file his opposition within thirty (30) days.

Dated: November 24, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE