IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                    No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.          ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 29, 2008, plaintiff filed a motion to compel discovery. Defendants have not filed an opposition or a notice of no opposition. *See* L. R. 78-230(m).

    Accordingly, it is ORDERED that defendants have 15 days to file either an opposition or a statement of no opposition to the July 29, 2008, motion to compel. The court does not intend to extend this time.

Dated: January 7, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE