IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                      No. CIV S-04-0776 LKK EFB P

    vs.

D.L. RUNNELS, Warden, et al.,

    Defendant.                     **[PROPOSED] PROTECTIVE ORDER**
_____/

    Subject to the approval of the Court, Defendants submit that the following provisions of this protective order apply to the confidential materials outlined in Defendants' privilege log, which are obtained by Plaintiff Vance Edward Johnson (Plaintiff). The materials covered by the protective order have been deemed confidential for security reasons, and have been restricted from general distribution.

    1.    All such materials outlined in Defendants' privilege log shall be regarded as confidential and subject to this protective order. Such material shall be referred to as "confidential material."

    2.    Confidential materials subject to this protective order which are produced to Plaintiff will be stamped "confidential."

    3.    The confidential material may be disclosed only to the following persons:

    (a)    The Court, court personnel, and stenographic reporters employed by the Court who are involved in proceedings in this action;

    (b)    Stenographic personnel employed by Defendants' counsel;

    (c)    Experts or consultants retained by Plaintiff or Defendants for purposes of this action;

4.    Plaintiff shall not show confidential material to any other person or inmate, except as provided above.

5.    Plaintiff must maintain confidential materials, including copies, notes, or other transcriptions made from the materials, in a secure manner to prevent unauthorized access.

6.    No later than thirty (30) days after the conclusion of the trial and any appeal, or upon other termination of this litigation, all confidential materials, including copies, notes, or other transcriptions made from the materials, shall be returned to counsel for Defendants.

7.    Plaintiff shall not make copies of the confidential material obtained, except as is necessary for purposes of this litigation.

8.    ~~Any confidential material filed with the Court by either party shall be filed and maintained under seal.~~ No confidential material shall be filed with the court unless the court has granted a request to seal in accordance with the procedures set forth in Eastern District of California Local Rules 140 and 141.

9.    All confidential material obtained by Plaintiff shall be used solely in connection with this litigation or a related appellate proceeding, and not for any other purpose, including any other litigation.

10.    Nothing in this protective order is intended to prevent officials or employees of the State of California or other authorized governmental officials from having access to confidential material to which they would have access in the normal course of their official duties.

11.    This agreement is not intended to be a waiver of any privilege, right, or grounds for objection in discovery proceedings, or to preclude introducing the document or item into

evidence at the time of arbitration, mediation, or trial.  Disclosure of confidential materials may not be compelled simply because they are covered by this order.

12. The provisions of this protective order are without prejudice to the right of any party:

(a) to apply to the court for a further protective order relating to any confidential material or relating to discovery in this litigation;

(b) to apply to the court for an order removing the confidential material designation from any documents;

(c) to object to a discovery request;

13. In accordance with the order filed March 4, 2010, and as modified herein, the ~~The~~ provisions of this order shall remain in force and effect until further order of this Court.

Dated:  March 17, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE