IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                       No. CIV S-04-776 LKK EFB P

    vs.

D.L. RUNNELS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

        On September 13, 2010, defendants filed a request for reconsideration of the Magistrate Judge's order filed August 30, 2010, granting plaintiff leave to file an amended complaint to state an equal protection claim. Dckt. No. 180. Pursuant to E.D. Cal. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the Magistrate Judge filed August 30, 2010, is affirmed.

DATED: November 22, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

1  /