IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                           No. CIV S-04-0776 LKK EFB P

    vs.

D. L. RUNNELS, et al.

    Defendants.                <u>ORDER</u>

/

        On April 12, 2012, plaintiff filed "objections" to the magistrate judge's order filed March 12, 2012, which the court construes as a request for reconsideration. Pursuant to E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's order, directing the filing of pretrial statements, was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 12, 2012, is affirmed.

DATED: June 11, 2012.

```
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```

1