IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                  No. 2:04-cv-776-LKK-EFB P

    vs.

D.L. RUNNELS, et al.,

    Defendants.            ORDER

                                /

        Plaintiff, a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983, has requested that the court issue a pretrial order. ECF No. 230. However, defendants' motion for summary judgment is currently pending. ECF Nos. 237, 248. Findings and recommendations have issued, ECF No. 248, which are currently before the assigned district judge for consideration. The court will issue a pretrial order in due course after the motion for summary judgment has been resolved. Accordingly, plaintiff's motion for a pretrial order (ECF No. 230) is denied.

        So ordered.

Dated: August 15, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE