UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>D.L. RUNNELS, et al.,<br><br>    Defendants. | No.  2:04-cv-776-TLN-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 28, 2014, after receiving the parties' confidential settlement statements, the court scheduled a settlement conference for March 13, 2014, at the U.S. District Court, 501 "I" Street, Sacramento, California 95814.  ECF No. 257.  On the same day, the court issued a writ of habeas corpus ad testificandum to secure plaintiff's attendance, in person, at the conference.  ECF No. 258.  Nearly a month later, with the conference set for fewer than three weeks out, plaintiff notified the court of his preference to attend the hearing via video conference, out of fear that his property at the prison may be disturbed during his absence.  ECF No. 259.  While that motion was pending, the court received notice that the process of relocating plaintiff to Sacramento was already underway.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's last minute request to appear via
2 video (ECF No. 259) is denied as moot.  The Clerk of the Court shall serve a courtesy copy of
3 this order on the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007,
4 Represa, California 95671.
5 DATED:  March 6, 2014.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE