UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,

  v.

D.L. RUNNELS, et al.,

    Defendants.

No. 2:04-cv-776-TLN-EFB P

ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In accordance with the court's June 2, 2015 and July 1, 2015 orders (ECF Nos. 285 and 289), plaintiff has submitted a motion to secure the attendance at trial of five incarcerated witnesses. ECF No. 290. Plaintiff has made the required showing, and the court hereby GRANTS plaintiff's motion to secure the attendance at trial of incarcerated witnesses Oatey (CDCR #H25273), Wash (CDCR #T68036), Thrower (CDCR #J05979), and Sandley (CDCR #T52235). The court will issue writs of habeas corpus ad testificandum to secure these witnesses' attendance in the weeks leading up to the February 8, 2016 trial.

      Plaintiff's motion does not identify proposed witness Dwayne Richardson by CDCR number. In searching the department's online inmate database (http://inmatelocator.cdcr.ca.gov/search.aspx), the court could not locate a "Dwayne" Richardson.

/////

1

1  The database does list a "Dewayne McGee Richardson," with CDCR #T32684.  Within 30 days
2  of the date of this order, plaintiff shall inform the court whether his proposed witness is Dewayne
3  McGee Richardson, CDCR #T32684.  Plaintiff has made the required showing to secure the
4  attendance at trial of his proposed witness Richardson, and upon receipt of the correct identifying
5  information for Mr. Richardson, the court will grant plaintiff's motion to secure his attendance at
6  trial.

7      So ordered.
8  DATED:  September 23, 2015.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

2