UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,

  v.

D.L. RUNNELS, et al.,

    Defendants.

No. 2:04-cv-00776-TLN-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Dewayne McGee Richardson, CDCR # T-32684, a necessary and material witness in a jury trial in this case on February 8, 2016, is confined in North Kern State Prison (NKSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge Troy L. Nunley at the U. S. District Court, Courtroom No. 2, 501 I Street, 15th Floor, Sacramento, California 95814, on Monday, February 8, 2016, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, NKSP, P.O. Box 567, Delano, CA 93216-0567:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Nunley at the time and place above, until completion of the trial in this matter, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 17, 2015.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE