UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON, | No. 2:04-cv-0776-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| D. L. RUNNELS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The case is set for trial on October 31, 2016. Defendants request to modify the pretrial order to allow defendants to augment their witness list to further designate as witnesses Drs. R. Kanan and M. Cho. ECF No. 306. Plaintiff has submitted no opposition to the motion.

The court considers four factors in determining whether to modify a pretrial order: (1) the degree of prejudice to the non-moving party from the modification; (2) the ability of the non-moving party to cure any prejudice; (3) the impact of the modification on the orderly conduct of the case; and (4) any bad faith by the moving party. *Byrd v. Guess*, 137 F.3d 1126, 1132 (9th Cir. 1998).

Defendants have met their burden of showing that these factors support the requested modification. They seek to present the testimony of the additional witnesses to rebut potential testimony by plaintiff that he has discovered new evidence of injury caused by defendants. There

1

does not appear to be any prejudice to plaintiff in granting the request. Defendants listed Drs. Cho and Kanan in their original pretrial statement and also submitted declarations from them along with their summary judgment motion. Plaintiff is therefore aware of them, and he has several months before trial to prepare for their testimony. Prior defense counsel left these witnesses out of the pretrial statement inadvertently, not in bad faith. And plaintiff has presented no opposition to the motion.

    Accordingly, it is hereby ORDERED that the pretrial order is modified to add Drs. Kanan and Cho to the list of defense witnesses.

    So ordered.

DATED: August 2, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE